SEALED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.   6:25-cr- 19- WWB-LHP
                                            18 U.S.C. § 641
JERRY SMITH

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about March 1, 1971, and continuing through on or about

July 1, 2021, in the Middle District of Florida, and elsewhere, the defendant,

JERRY SMITH,

did knowingly and willfully receive, conceal, and retain more than $1,000 of money

and a thing of value of the United States and United States Department of Veterans

Affairs, a department and agency of the United States, that is, Veterans Affairs

disability compensation, with the intent to convert the money and thing of value to

the defendant's use and gain, knowing the money and thing of value had been

embezzled, stolen, purloined, and converted from the United States and the United

States Department of Veterans Affairs.

In violation of 18 U.S.C. § 641.

## FORFEITURE

1.    The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3.    The property to be forfeited includes, but is not limited to, $1,287,809.35, which represents the proceeds of the offense.

4.    If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____

Diane Hu
Assistant United States Attorney

By: _____

Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

3

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

JERRY SMITH

## INDICTMENT

Violation:

18 U.S.C. § 641

A true bill,

_____
Foreperson

_____

Filed in open court this 22nd day of January, 2025

_____
Clerk

Bail    $_____

GPO 863 525